UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| IN RE: | ) | BANKRUPTCY CASE NO.: 18-10800 |
|---|---|---|
| | ) | |
| Edward E. Bulkoski Jr. | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| | ) | JUDGE ARTHUR I HARRIS |
| DEBTOR(S) | ) | |
| | ) | **MOTION TO PAY DEBTOR'S** |
| | ) | **CHAPTER 13 PLAN ARREARAGE** |
| | ) | **THROUGH HIS PLAN** |

Now comes the Debtor, Edward E Bulkoski, Jr., by and through counsel, to hereby respectfully request that this Honorable Court grants this Motion to Pay Debtor's Chapter 13 Plan Arrearage in the amount of $2,049.59 through his Plan. For cause, Debtor states that he fell behind in in his Chapter 13 payments when he enrolled in the Police Academy in January 2020 which resulted in a significate decrease in income. However, Debtor is graduating in July and anticipates that he will generate enough income to fund his plan. This case was filed in good faith and Debtor is dedicated to paying his creditors to the best of his ability.

WHEREFORE, based on the foregoing and in light of the fact this case was filed in good faith and for a proper purpose, Debtor prays this Motion is granted.

Respectfully submitted,

**J.P. AMOURGIS & ASSOCIATES**

/s/ Y. Eric Holtz
Y. Eric Holtz (0084326)
Attorney for Debtor(s)
3200 West Market Street, Ste. 106
Akron, Ohio 44333-3324
Phone: (330) 535-6650
Fax:   (330) 535-2205
bk_department@amourgis.com

## CERTIFICATE OF SERVICE

I certify that on May 24, 2020 a true and correct copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Lauren A Helbling      served electronically
- United States Trustee      served electronically

And by regular U.S. mail, postage prepaid, on:

The attached list of creditors.

                                               /s/ Y. Eric Holtz
                                               Y. Eric Holtz (0084326)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 18-10800-aih<br>Northern District of Ohio<br>Cleveland<br>Fri Feb 16 13:59:08 EST 2018 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | Akron Billing Center<br>3585 Ridge Park Dr.<br>Akron, OH 44333-8203 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/Best Buy<br>Centralized Bk/Citicorp Credt Srvs<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Dermatology Partners, Inc.<br>2500 W. Strub Rd., Ste. 330<br>Sandusky, OH 44870-5390 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| HRRG<br>P.O. Box 8486<br>Pompano Beach, FL 33075-8486 | Huntington Natl Bk<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 | Keith D. Weiner<br>75 Public Square 4th Floor<br>Cleveland, OH 44113-2001 |
| MRS<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003-2016 | Mabt - Genesis Retail<br>Bankcard Services<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>c/o Chief Executive Officer or<br>Highest Ranking Officer<br>1240 E. 9th St., Fl 26, Rm. 2663<br>Cleveland, OH 44199-2001 | Parson-Bishop Services, Inc.<br>7870 Camargo Rd.<br>Cincinnati, OH 45243-2695 |
| Portfolio Recovery Services<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | University Hospital<br>PO Box 772008<br>Detroit, MI 48277-2008 |
| Vehicle Acce<br>4144 N Central Expy Ste<br>Dallas, TX 75204-3140 | Verizon<br>Attn: Wireless Bankrupty Admin<br>500 Technology Dr Ste 500<br>Weldon Springs, MO 63304-2225 | Edward E Bulkoski Jr.<br>215 Mariners Circle Apt A<br>Sheffield Lake, OH 44054-3002 |
| Lauren A. Helbling<br>200 Public Square Suite 3860<br>Cleveland, OH 44114-2322 | Y. Eric Holtz<br>Amourgis & Associates<br>3200 W. Market<br>Suite 106<br>Akron, OH 44333-3324 | |

   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
   by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962

End of Label Matrix
Mailable recipients  25
Bypassed recipients   0
Total                25